**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **ZAO ODESSKY KONJATSCHNYI ZAWOD,** a Ukrainian corporation,<br><br>          **Plaintiff,**<br><br>      **v.**<br><br>**SIA "BALTMARK INVEST,"** a Latvian corporation,<br><br>**GLOBAL CLOSED JOINT STOCK COMPANY,** a Russian closed joint-stock company, and<br><br>**ZAO "GRUPPA PREDPRIYATIJ OST,"** a Russian closed joint-stock company,<br><br>          **Defendants.** | **Civil Action No.  1:12-cv-515**<br><br>**Hon. James C. Cacheris<br>Hon. Ivan D. Davis** |

## NOTICE OF HEARING

You are hereby notified to appear in the above captioned matter for a hearing on

Plaintiff ZAO Odessky Konjatschnyi Zawod's Motion to Compel Production of Discovery

before a Judge of this Court on Friday, August 9, 2013 at 10:00 A.M. at the Albert V. Bryan

U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314.

Respectfully submitted,

Dated: August 2, 2013

*/s/ Filipp Kofman*
Filipp Kofman (VA Bar No. 82302)
fk@legal-counsels.com
Kevin R. Garden (VA Bar No. 30244)
kg@legal-counsels.com
International Legal Counsels PC
901 N. Pitt St., Suite 325

Alexandria, VA 22314
Telephone:    (703) 535-5565
Fax:              (202) 318-0723

*Attorneys for Plaintiff ZAO Odessky*
*Konjatschnyi Zawod*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| **Thomas Leo Appler** | **Andrew Clark Hall** |
|---|---|
| Wilson Elser Moskowitz Edelman & Dicker LLP | Wilson Elser Moskowitz Edelman & Dicker LLP |
| 8444 Westpark Dr., Suite 510 | 8444 Westpark Dr., Suite 510 |
| McLean, VA 22102 | McLean, VA 22102 |
| (703) 245-9300 | 703-245-9300 |
| Email: Thomas.Appler@wilsonelser.com | Fax: 703-245-9301 |
| | Email: andrew.hall@wilsonelser.com |

Respectfully submitted,

*/s/ Filipp Kofman*

Filipp Kofman (VA Bar No. 82302)
fk@legal-counsels.com
Kevin R. Garden (VA Bar No. 30244)
kg@legal-counsels.com
International Legal Counsels PC
901 N. Pitt St., Suite 325
Alexandria, VA 22314
Telephone:    (703) 535-5565
Fax:          (202) 318-0723

*Attorneys for Plaintiff ZAO Odessky Konjatschnyi Zawod*