# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ZAO ODESSKY KONJATSCHNYI ZAWOD, a Ukrainian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIA "BALTMARK INVEST," a Latvian corporation,<br><br>GLOBAL CLOSED JOINT STOCK COMPANY, a Russian closed joint-stock company, and<br><br>ZAO "GRUPPA PREDPRIYATIJ OST," a Russian closed joint-stock company,<br><br>Defendants. | District Judge James C. Cacheris<br>Magistrate Judge Ivan D. Davis<br><br><br><br>Civil Action No.: 1:12-cv-515 |

## DEFENDANT SIA "BALTMARK INVEST"'S
## RULE 26(A)(3) PRE-TRIAL DISCLOSURES

Pursuant to this Court's Rule 16(b) Scheduling Order dated May 28, 2013 (ECF # 77), its prior Order dated February 1, 2013 (ECF # 46) and Fed. R. Civ. P. 26(a)(3), this defendant files its pre-trial disclosures:

### I   WRITTEN STIPULATION OF UNCONTESTED FACTS

See Stipulation of Uncontested Facts filed by Plaintiff which are incorporated herein by reference.

### II   EXHIBIT LIST OF DEFENDANT SIA "BALTMARK INVEST"

| Trial Exhibit # | Bates Range # | Description of Document |
|---|---|---|
| 1 | BALTMARK 0001-0300 | Deposition of Nataliya Rybina |
| 2 | BALTMARK 0301-0432 | Exhibits to Deposition of Nataliya Rybina |
| 3 | BALTMARK 0433-0669 | Deposition of Elena Sorokina with Exhibits |
| 4 | BALTMARK | Assignment documents for U.S. Reg. No. 2885912 |

424824.1

|    |                      |                                                                                                                              |
|----|----------------------|------------------------------------------------------------------------------------------------------------------------------|
|    | 0698-0712            | (SHUSTOV), including merger documents of OST and Global                                                                      |
| 5  | BALTMARK 0715-0720   | Documents appointing BMC as U.S. distributor/agent                                                                           |
| 6  | BALTMARK 0739-0746   | License Agreement between Baltmark and TGNY Holdings, dated April 25, 2013.                                                  |
| 7  | BALTMARK 0747-0750   | Trademark license agreement between from Baltmark to OST Ltd. For the mark SHUSTOFF, dated July 17, 2013.                    |
| 8  | BALTMARK 0751-0753   | Assignment documents for U.S. Reg. No. 2772823 (SHUSTOV Cyrillic design mark), including merger documents of OST and Global  |
| 9  |                      | Record of Trademark Trial and Appeal Board proceedings Opposition No. 91161570 and Cancellation No. 92047126                 |
| 10 |                      | U.S. Trademark Registration Certificate for U.S. Reg. No. 2885912, for the mark SHUSTOV and design                           |
| 11 |                      | Russian Federation Trademark Certificate No. 240948, for the mark SHUSTOV and design                                         |

All other documents listed on Plaintiff's and Defendants' Initial Disclosures pursuant to Fed. Civ. P. Rule 26(a)(1), and all documents intended to be relied upon by Plaintiff.

### III    WITNESS LIST OF DEFENDANT SIA "BALTMARK INVEST"

Set out below are the witnesses which Defendant expects to present in the trial of this matter:

1. Ms. Elena Sorokina, Riga, Latvia.  Ms. Sorokina is a member of the Board of Directors and is the sole owner of Baltmark, and has knowledge of the creation, acquisition, ownership, validity, purchasing, marketing, sale, distribution, and revenues of Baltmark's products and trademarks.

Defendant also reserves the right to call as a witness any individual set out on Plaintiff's witness list.

Dated:  August 14, 2013         Attorneys for Defendant SIA "Baltmark Invest"

/s/ Andrew C. Hall
Andrew C. Hall (VSB #73001)
Wilson Elser Moskowitz Edelman
& Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Phone: 703.852.7789
Fax: 703.245.9301
Andrew.Hall@wilsonelser.com

and

/s/ Anthony J. Davis
ANTHONY J. DAVIS (Pro Hac Vice)
Nicoll Davis & Spinella LLP
95 Route 17 South
Paramus, New Jersey 07652
Phone:  (201) 712-1616
Fax:     (201) 712-9444
ADavis@ndslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day August 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send an electronic notification to such filing (NEF) to all counsel of record in this matter.

/s/ Andrew C. Hall
Andrew C. Hall (VSB #73001)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
8444 Westpark Drive - Suite 510
McLean, Virginia  22102-5102
703.852.7789
703.245.9301 (Facsimile)
thomas.appler@wilsonelser.com
andrew.hall@wilsonelser.com

*Counsel for SIA "Baltmark Invest"*

424824.1