JUDGE: __O'GRADY *for Judge Cacheris*__  DATE: __08-15-13__

CASE NUMBER: __1:12cv00515__

__ZAO ODESSKY KONJATSCHNYI ZAWOD__

vs.

__SIA "BALTMARK INVEST", et.al.__

Time: __10:12 to 10:18__

APPEARANCES: Counsel for: Plaintiff (X) Defendant (X) Pro-se ( )

FINAL PRETRIAL CONFERENCE:

( ) Case set for trial by JURY on _____

( X ) Case set for trial by the COURT on __10-08-13 at 10:00 a.m. (2-3 days)__

Counsel to file Waiver of Jury form. Counsel directed to contact U.S. Magistrate Judge Ivan D. Davis for settlement conference.

JCC Red Book: __X__