# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ZAO ODESSKY KONJATSCHNYI ZAWOD, a Ukrainian corporation,<br><br>            Plaintiff,<br>    v.<br><br>SIA "BALTMARK INVEST," a Latvian corporation,<br><br>GLOBAL CLOSED JOINT STOCK COMPANY, a Russian closed joint-stock company, and<br><br>ZAO "GRUPPA PREDPRIYATIJ OST," a Russian closed joint-stock company,<br><br>            Defendants. | Civil Action No. 1:12-cv-515<br><br>Hon. James C. Cacheris<br>Hon. Ivan D. Davis |

## PLAINTIFF'S AMENDED EXHIBIT LIST

Pursuant to this Court's Rule 16(B) Scheduling Order dated May 28, 2013 (ECF # 77), its prior Order dated February 1, 2013 (ECF # 46) and Fed. R. Civ. P. 26(a)(3), Plaintiff amends its exhibit list, in light of the deposition of Elena Sorokina on September 9, 2013 and documents produced by Defendant SIA "Baltmark Invest" on September 18, 2013, and the Court granting Plaintiff's motion for leave to amend its complaint on September 27, 2013:

| | Description | Date | BATES Nos./ Identification |
|---|---|---|---|
| PX-1 | Defendant SIA "Baltmark Invest"'s Responses to Plaintiff ZAO Odessky Konjatschnyi Zawod's First Set of Interrogatories (Aug. 9, 2013) | Aug. 9, 2013 | |
| PX-2 | Trademark Application Serial No. 78/240612 | April 22, 2003 | |
| PX-3 | Trademark Application Serial No. | May 23, 2003 | |

| | 76/51958 | | |
|---|---|---|---|
| PX-4 | Petition for Cancellation submitted by ZAO Odessky Konjatschniji Zawod in re Reg. No. 2885912 | February 2, 2007 | |
| PX-5 | SIA "Baltmark Invest" Articles of Association | September 23, 2010 | BALTMARK 0738 |
| PX-6 | Declaration of Use and Excusable Nonuse of Mark in Commerce Under Section 8, submitted in Reg. No. 2885912 | March 21, 2011 | |
| PX-7 | United States Patent and Trademark Office (USPTO) Office Action (Official Letter) About Registrant's Trademark Registration, Reg. No. 285912, rejecting March 21, 2011 Declaration | April 13, 2011 | |
| PX-8 | Response to USPTO Office Action by ZAO "Gruppa Predprijatji" OST In Reg. No. 2885912 | October 13, 2011 | |
| PX-9 | United States Patent and Trademark Office, Trademark Trial and Appeal Board decision in ZAO Gruppa Predpriyatij OST v. ZAO Odessky Konjatschnyi Zawod, Cancellation No. 92047126 against Reg. No. 2885912 | February 8, 2012 | Complaint Exh. A |
| PX-10 | Trademark Assignment in Reg. No. 2885912 (purporting to assign trademark to Global CJSC) | March 15, 2012 | BALTMARK 0698-699 |
| PX-11 | Trademark Assignment in Reg. No. 2885912 (purporting to assign trademark to Baltmark) | March 15, 2012 | |
| PX-12 | Trademark License Agreement between Baltmark and OST Ltd | July 17, 2013 | BALTMARK 0747-50 |
| PX-13 | Agency Agreement between Global CJSC and Baltmark | May 23, 2011 | BALTMARK 0805-0808 |
| PX-14 | Minutes of Extraordinary Shareholders Meeting of ZAO Global Closed Joint Stock Company | May 11, 2011 | BALTMARK 0730-0731 |
| PX-15 | Power of Attorney from Ziatseva to Zhupansky | March 11, 2011 | BALTMARK 0732 |
| PX-16 | Decision of the Arbitration Court of Moscow in *Baltmark v. Global CJSC* | June 17, 2013 | |
| PX-17 | Decision of the Arbitration Court of the Khabarovsk Region in *Batryeva v. Global CJSC* | February 27, 2012 | |
| PX-18 | Decision of the Sixth Appellate Court in *Batryeva v. Global CJSC* | August 28, 2012 | |
| PX-19 | Declaration of Dmitriy Nikolaevich Markin | September 19, 2013 | |
| PX-20 | Declaration of Mikhail Semenovich Bologov | October 1, 2013 | |

As a result of the late deposition of Sorokina and Baltmark's September 18, 2013 production, Plaintiff's investigation is ongoing and Plaintiff respectfully reserves the right to this list.

Dated: October 9, 2013

/s/ Kevin R. Garden
Kevin R. Garden (VA Bar No. 30244)
kg@legal-counsels.com
International Legal Counsels PC
901 N. Pitt St., Suite 325
Alexandria, VA 22314
Telephone:   (703) 535-5565
Fax:              (202) 318-0723
*Attorney for Plaintiff ZAO Odessky Konjatschnyi Zawod*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| **Thomas Leo Appler**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>(703) 245-9300<br>Email: Thomas.Appler@wilsonelser.com | **Andrew Clark Hall**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>703-245-9300<br>Fax: 703-245-9301<br>Email: andrew.hall@wilsonelser.com |
| **Peter Meredith Moore**<br>Wilson Elser Moskowitz Edelman & Dicker<br>LLP (McLean)<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>703-245-9300<br>Fax: 703-245-9301<br>Email: peter.moore@wilsonelser.com | |

Respectfully submitted,

*/s/ Filipp Kofman*
Filipp Kofman (VA Bar No. 82302)
fk@legal-counsels.com
Kevin R. Garden (VA Bar No. 30244)
kg@legal-counsels.com
International Legal Counsels PC
901 N. Pitt St., Suite 325
Alexandria, VA 22314
Telephone:   (703) 535-5565
Fax:             (202) 318-0723

*Attorneys for Plaintiff ZAO Odessky Konjatschnyi Zawod*