**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ZAO ODESSKY KONJATSCHNYI ZAWOD, a Ukrainian corporation,<br><br>                    Plaintiff,<br>          v.<br><br>SIA "BALTMARK INVEST," a Latvian corporation,<br><br>GLOBAL CLOSED JOINT STOCK COMPANY, a Russian closed joint-stock company, and<br><br>ZAO "GRUPPA PREDPRIYATIJ OST," a Russian closed joint-stock company,<br><br>                    Defendants. | Civil Action No.  1:12-cv-515<br><br>Hon. James C. Cacheris<br>Hon. Ivan D. Davis |

**PLAINTIFF ZAO ODESSKY KONJATSCHNYI ZAWOD'S MOTION FOR
SUMMARY JUDGMENT**

NOW COMES Plaintiff ZAO Odessky Konjatschnyi Zawod, by through its attorneys, who moves and respectfully requests this Court grant its motion for summary judgment.  For the reasons described in the accompanying memorandum, Plaintiff requests that this Court issue an order finding that (1) the assignment of the SHUSTOV mark from Defendant Global Closed Joint Stock Company ("Global CJSC") to SIA "Baltmark Invest" ("Baltmark") was invalid, as is any such notice of assignment filed at the USPTO, (2) Baltmark has no legal interest in the SHUSTOV mark, and (3) Global CJSC retains any ownership interests it had in the SHUSTOV mark given the invalidation of any assignment of the rights in that mark to Baltmark .

                                                Respectfully submitted,

Dated: November 1, 2013           */s/ Filipp Kofman*
                                               Filipp Kofman (VA Bar No. 82302)
                                               fk@legal-counsels.com
                                               Kevin R. Garden (VA Bar No. 30244)
                                               kg@legal-counsels.com
                                               International Legal Counsels PC
                                               901 N. Pitt St., Suite 325
                                               Alexandria, VA 22314
                                               Telephone:    (703) 535-5565
                                               Fax:            (202) 318-0723

                                               *Attorneys for Plaintiff ZAO Odessky*
                                               *Konjatschnyi Zawod*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| **Thomas Leo Appler**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>(703) 245-9300<br>Email: Thomas.Appler@wilsonelser.com | **Andrew Clark Hall**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>703-245-9300<br>Fax: 703-245-9301<br>Email: andrew.hall@wilsonelser.com |
| **Peter Meredith Moore**<br>Wilson Elser Moskowitz Edelman & Dicker LLP (McLean)<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>703-245-9300<br>Fax: 703-245-9301<br>Email: peter.moore@wilsonelser.com | |

      Respectfully submitted,

*/s/ Filipp Kofman*
Filipp Kofman (VA Bar No. 82302)
fk@legal-counsels.com
Kevin R. Garden (VA Bar No. 30244)
kg@legal-counsels.com
International Legal Counsels PC
901 N. Pitt St., Suite 325
Alexandria, VA 22314
Telephone:   (703) 535-5565
Fax:           (202) 318-0723

*Attorneys for Plaintiff ZAO Odessky Konjatschnyi Zawod*