# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ZAO ODESSKY KONJATSCHNYI ZAWOD, a Ukrainian corporation,<br><br>                Plaintiff,<br>v.<br><br>SIA "BALTMARK INVEST," a Latvian corporation,<br><br>GLOBAL CLOSED JOINT STOCK COMPANY, a Russian closed joint-stock company, and<br><br>ZAO "GRUPPA PREDPRIYATIJ OST," a Russian closed joint-stock company,<br><br>                Defendants. | Civil Action No. 1:12-cv-515<br><br>Hon. James C. Cacheris<br>Hon. Ivan D. Davis |

## PLAINTIFF'S SECOND AMENDED EXHIBIT LIST

Pursuant to this Court's Rule 16(B) Scheduling Order dated May 28, 2013 (ECF # 77), its prior Order dated February 1, 2013 (ECF # 46) and Fed. R. Civ. P. 26(a)(3), Plaintiff amends its exhibit list to include the following exhibits in addition to the exhibits already identified in Plaintiff's Exhibit List (ECF # 109) and Plaintiff's Amended Exhibit List (ECF # 151):

| | *Description* | *Date* | *BATES Nos./ Identification* |
|---|---|---|---|
| PX-21 | Declaration of Hristosov Eugeny Ianovich | August 15, 2013 | |
| PX-22 | Declaration of Mikhail Semonovich Bologov | August 15, 2013 | |
| PX-23 | Declaration of Mikhail Semonovich Bologov | November 21, 2013 | |

Dated: November 26, 2013 　　　　　　　　*/s/ Kevin R. Garden*
　　　　　　　　　　　　　　　　　　　　Kevin R. Garden (VA Bar No. 30244)
　　　　　　　　　　　　　　　　　　　　kg@legal-counsels.com
　　　　　　　　　　　　　　　　　　　　International Legal Counsels PC
　　　　　　　　　　　　　　　　　　　　901 N. Pitt St., Suite 325
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　Telephone:　(703) 535-5565
　　　　　　　　　　　　　　　　　　　　Fax:　　　　(202) 318-0723
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff ZAO Odessky*
　　　　　　　　　　　　　　　　　　　　*Konjatschnyi Zawod*

Case 1:12-cv-00515-JCC-IDD   Document 173   Filed 11/26/13   Page 3 of 3 PageID# 2756

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| **Thomas Leo Appler**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>(703) 245-9300<br>Email: Thomas.Appler@wilsonelser.com | **Andrew Clark Hall**<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>703-245-9300<br>Fax: 703-245-9301<br>Email: andrew.hall@wilsonelser.com |
| **Peter Meredith Moore**<br>Wilson Elser Moskowitz Edelman & Dicker LLP (McLean)<br>8444 Westpark Dr., Suite 510<br>McLean, VA 22102<br>703-245-9300<br>Fax: 703-245-9301<br>Email: peter.moore@wilsonelser.com | |

        Respectfully submitted,

        */s/ Filipp Kofman*
        Filipp Kofman (VA Bar No. 82302)
        fk@legal-counsels.com
        Kevin R. Garden (VA Bar No. 30244)
        kg@legal-counsels.com
        International Legal Counsels PC
        901 N. Pitt St., Suite 325
        Alexandria, VA 22314
        Telephone:   (703) 535-5565
        Fax:           (202) 318-0723

        *Attorneys for Plaintiff ZAO Odessky Konjatschnyi Zawod*