# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ZAO ODESSKY KONJATSCHNYI ZAWOD, a Ukrainian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIA "BALTMARK INVEST," a Latvian corporation,<br><br>GLOBAL CLOSED JOINT STOCK COMPANY, a Russian closed joint-stock company, and<br><br>ZAO "GRUPPA PREDPRIYATIJ OST," a Russian closed joint-stock company,<br><br>Defendants. | District Judge James C. Cacheris<br>Magistrate Judge Ivan D. Davis<br><br><br>Civil Action No.: 1:12-cv-515 |

## DEFENDANT SIA "BALTMARK INVEST"'S
## AMENDED EXHIBIT LIST

Pursuant to this Court's Rule 16(b) Scheduling Order dated May 28, 2013 (ECF # 77), its prior Order dated February 1, 2013 (ECF # 46) and Fed. R. Civ. P. 26(a)(3), Defendant SIA "Baltmark Invest," amends its Exhibit list to include Exhibits 12-17, in addition to the Exhibits already identified in Defendant's Exhibit List (ECF # 106):

| Trial Exhibit # | Bates Range # | Description of Document |
|---|---|---|
| 1 | BALTMARK 0001-0300 | Deposition of Nataliya Rybina |
| 2 | BALTMARK 0301-0432 | Exhibits to Deposition of Nataliya Rybina |
| 3 | BALTMARK 0433-0669 | Deposition of Elena Sorokina with Exhibits |
| 4 | BALTMARK 0698-0712 | Assignment documents for U.S. Reg. No. 2885912 (SHUSTOV), including merger documents of OST and |

|    |                          |                                                                                                                                                |
|----|--------------------------|------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                          | Global                                                                                                                                         |
| 5  | BALTMARK 0715-0720       | Documents appointing BMC as U.S. distributor/agent                                                                                             |
| 6  | BALTMARK 0739-0746       | License Agreement between Baltmark and TGNY Holdings, dated April 25, 2013.                                                                    |
| 7  | BALTMARK 0747-0750       | Trademark license agreement between from Baltmark to OST Ltd. For the mark SHUSTOFF, dated July 17, 2013.                                      |
| 8  | BALTMARK 0751-0753       | Assignment documents for U.S. Reg. No. 2772823 (SHUSTOV Cyrillic design mark), including merger documents of OST and Global                    |
| 9  |                          | Record of Trademark Trial and Appeal Board proceedings Opposition No. 91161570 and Cancellation No. 92047126                                   |
| 10 |                          | U.S. Trademark Registration Certificate for U.S. Reg. No. 2885912, for the mark SHUSTOV and design                                             |
| 11 |                          | Russian Federation Trademark Certificate No. 240948, for the mark SHUSTOV and design                                                           |
| 12 |                          | "Minutes of the Extraordinary General Meeting of Shareholders," dated May 11, 2011                                                             |
| 13 |                          | Power of Attorney issued to Elena Sorokina and signed by Anna Leonidovna Batyreva, dated June 1, 2011                                          |
| 14 |                          | "Extract from the Uniform State Register of Legal Entities," dated June 26, 2012                                                               |
| 15 |                          | Copy of Ms. Sorokina's bank statement issued by Sberkredbank, dated May 23, 2011, which shows payment of $500,000 on May 23, 2011              |
| 16 |                          | Copy of a receipt issued by Yuri Igorevich Zhupanksy to Ms. Sorokina, dated May 26, 2011, which shows payment of $500,000 on May 23, 2011      |
| 17 |                          | Appeal of the Arbitration Court of Appeal dated Sept. 25, 2013 and Decision of the Moscow City Arbitration Court dated June 17, 2013 in Case No. A40-26/13. |

Dated: November 27, 2013

**SIA "BALTMARK INVEST"**
**By Counsel**

/s/ Andrew C. Hall
Thomas L. Appler (VSB #06346)
Andrew C. Hall (VSB #73001)
Wilson Elser Moskowitz Edelman
& Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Phone: 703.852.7789
Fax: 703.245.9301
Thomas.Appler@wilsonelser.com
Andrew.Hall@wilsonelser.com

and

/s/ Anthony J. Davis
ANTHONY J. DAVIS (Pro Hac Vice)
Nicoll Davis & Spinella LLP
95 Route 17 South
Paramus, New Jersey 07652
Phone: (201) 712-1616
Fax:    (201) 712-9444
ADavis@ndslaw.com
*Counsel for Defendant Sia "Baltmark Invest"*

446793.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day November 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send an electronic notification to such filing (NEF) to all counsel of record in this matter.

/s/ Andrew C. Hall
Thomas L. Appler (VSB #06346)
Andrew C. Hall (VSB #73001)
Wilson Elser Moskowitz Edelman
& Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Phone: 703.852.7789
Fax: 703.245.9301
Thomas.Appler@wilsonelser.com
Andrew.Hall@wilsonelser.com

and

/s/ Anthony J. Davis
ANTHONY J. DAVIS (Pro Hac Vice)
Nicoll Davis & Spinella LLP
95 Route 17 South
Paramus, New Jersey 07652
Phone: (201) 712-1616
Fax:    (201) 712-9444
ADavis@ndslaw.com
*Counsel for Defendant Sia "Baltmark Invest"*

446793.1